# EXHIBIT A

**Requested Documents**

**Documents sought:   Exhibit A**

*[A-1]   Document request from Petitioner Pfaff to Respondent Deutsche Bank =*

*Exhibit "A-1".*

[1]   Deutsche Bank silver (and silver derivatives) trading data for all silver trading events in which Deutsche Bank and its traders were involved, as follows, in the chart below.   All dates and times are expressed in terms of the local time in London, England, from midnight to midnight, London time, no matter where in the world the events may have occurred, have been initiated or have had an effect.

| Date of Pfaff knock-out | Trading data needed from Deutsche Bank | Name(s) of trader(s) involved directly or indirectly | Name(s) of supervisor(s) of trader(s) involved directly or indirectly |
| --- | --- | --- | --- |
| May 8, 2012 | Monday, May 9, 2011, through Tuesday, April 16, 2013, inclusive | | |
| May 15, 2012 | Monday, May 9, 2011, through Tuesday, April 16, 2013, inclusive | | |
| April 15, 2013 | Monday, May 9, 2011, through Tuesday, April 16, 2013, inclusive | | |
| April 16, 2013 | Monday, May 9, 2011, through Tuesday, April 16, 2013, inclusive | | |

[2]   The data should be arranged and produced by Respondent Deutsche Bank with the specificity and continuity as in the Exhibit from the Mohan case (see Morson Declaration, Exhibit "D").   For the purposes of these requests the information produced must, with respect to each event, include exact timings, quantities, monetary amounts, bid amounts and quantities, ask/offer amounts and quantities, and specify whether the event was an order or a trade and whether or not it was executed.   All dates and times are expressed in terms of the local time in

London, England, from midnight to midnight, London time, no matter where in the world the events may have occurred, have been initiated or have had an effect.

[3]   Employment, internal investigation and disciplinary files relating to James Vorley relevant to his silver and silver derivative trading, spoofing and market manipulation activities: [a] whether manual, electronic or algorithmic and [b] whether "solo spoofing" or "coordinated spoofing" and [c] whether using "icebergs" or other subterfuges, during the period January 1, 2012, to April 30, 2013.

[4]   Employment, internal investigation and disciplinary files relating to Cedric Chanu relevant to his silver and silver derivative trading, spoofing and market manipulation activities: [a] whether manual, electronic or algorithmic and [b] whether "solo spoofing" or "coordinated spoofing" and [c] whether using "icebergs" or other subterfuges, during the period January 1, 2012, to April 30, 2013.

[5]   Employment, internal investigation and disciplinary files relating to David Liew relevant to his silver and silver derivative trading, spoofing and market manipulation activities: [a] whether manual, electronic or algorithmic and [b] whether "solo spoofing" or "coordinated spoofing" and [c] whether using "icebergs" or other subterfuges, during the period January 1, 2012, to February 29, 2012.

[6]   Details of silver spoofing transaction in Vorley/Chanu Criminal Complaint ¶26, on "approximately 5/9/2012".

[7]   Plus:  chats, audios, emails, SMS messages, Blackberry (BBM) messages, screen shots and mouse clicks relevant to or evidence of any of the foregoing requests [1] to [6], inclusive.

[8]   Documents provided by Deutsche Bank to CTFC regarding spoofing by Deutsche Bank traders during trading periods relevant to Petitioner's knock-outs, leading to the CFTC Order dated January 29, 2018.

[ 9]   Documents showing the total gross compensation earned by James Vorley and how much of it was attributable to gains from silver spoofing during the period January 1, 2012 to April 30, 2013.

[10]   Documents showing the total gross compensation earned by Cedric Chanu and how much of it was attributable to gains from silver spoofing during the period January 1, 2012 to April 30, 2013.

[11]   Documents showing the total gross income earned by Deutsche Bank from silver spoofing during the period January 1, 2012 to April 30, 2013.

[12]   Documents showing the total gross compensation earned by Deutsche Bank trader supervisors from silver spoofing during the period January 1, 2012 to April 30, 2013.

[13]  The names and addresses of every employee (or former employee) of Deutsche Bank who was contacted, interviewed or investigated by CFTC in connection with any complaint, disclosure, allegation or report of suspicious activity regarding Deutsche Bank in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[14]  A copy all written communications (or memoranda of non-written communications) between CFTC and Deutsche Bank in connection with all employees described in [13], above, including a complete transcript and all summaries of the questions posed by CFTC to the employees and a complete transcript and all summaries of the responses by the employees, plus all documents they provided to CTFC in connection with their interviews or investigation and all agreements they signed or entered into in connection with the information they provided to CFTC.

[15]  The names and addresses of every employee (or former employee) of COMEX who was contacted, interviewed or investigated by CFTC in connection with any complaint, disclosure, allegation or report of suspicious activity regarding Deutsche Bank in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[16]  A copy all written communications (or memoranda of non-written communications) between CFTC and COMEX in connection with all employees described in [15], above, including a complete transcript and all summaries of the questions posed by CFTC to the employees and a complete transcript and all summaries of the responses by the employees, plus all documents they provided to CTFC in connection with their interviews or investigation and all agreements they signed or entered into in connection with the information they provided to CFTC.

[17]   A copy of all written communications (or memoranda of non-written communications) between Deutsche Bank and COMEX in connection with the matters described in [13] – [16], above, inclusive.

[18]   Any and all complaints, disclosures, allegations or reports of suspicious activity received by CFTC regarding Deutsche Bank of which Deutsche Bank is aware in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[19]   Any and all complaints, disclosures, allegations or reports of suspicious activity alleged against Deutsche Bank received by Deutsche Bank in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[20]   A copy of all written communications (or memoranda of non-written communications) between Deutsche Bank and COMEX in connection with the matters described in [13] – [19], above, inclusive.

[21]   A copy of all written communications (or memoranda of non-written communications) between Deutsche Bank and DZ Bank in connection with the matters described in [13] – [19], above, inclusive.

### *[A-2]   Document request from Petitioner Pfaff to Respondent DZ Bank = Exhibit "A-2".*

[1]   Documents showing the total gross income, including revenue from the sale of silver derivative securities to Petitioner, earned by DZ Bank, directly or indirectly, from silver spoofing by Deutsche Bank traders during the period January 1, 2012 to April 30, 2013.

[2]   Any and all complaints, disclosures, allegations or reports of suspicious activity received by CFTC regarding Deutsche Bank of which DZ Bank is aware in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[3]   Any and all complaints, disclosures, allegations or reports of suspicious activity alleged against Deutsche Bank received by DZ Bank in connection with

silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[4]   A copy of all written communications (or memoranda of non-written communications) between Deutsche Bank and COMEX of which DZ Bank is aware in connection with the matters described in [2] – [3], above, inclusive.

[5]   A copy of all written communications (or memoranda of non-written communications) between Deutsche Bank and DZ Bank in connection with the matters described in [2] – [3], above, inclusive.

[6]   A copy of all written communications (or memoranda of non-written communications) between DZ Bank and COMEX in connection with the matters described in [2] – [3], above, inclusive.

***[A-3]   Document request from Petitioner Pfaff to Respondent COMEX =***

***Exhibit "A-3".***

[1]   All trading data relating to Respondent Deutsche Bank with respect to all bids, all offers, all buy orders (whether executed or not), all sell orders (whether executed or not), all trades and all completed (or partly completed) transactions involving silver or silver derivatives from Monday, May 9, 2011, through Tuesday, April 16, 2013, inclusive.

[2]   Daily price movements for all trades and all completed transactions involving silver or silver derivatives from Monday, May 9, 2011, through Tuesday, April 16, 2013, inclusive.

<u>NOTE:  For the purposes of these requests the information produced must, with respect to each event, include exact timings, quantities, monetary amounts, bid amounts and quantities, ask/offer amounts and quantities, and specify whether the event was an order or a trade and whether or not it was executed.  All dates and times are expressed in terms of the local time in London, England, from midnight to midnight, London time, no matter where in the world the events may have occurred, have been initiated or have had an effect.</u>

[3]   The names and addresses of every employee (or former employee) of COMEX who was contacted, interviewed or investigated by CFTC in connection with any

complaint, disclosure, allegation or report of suspicious activity regarding Deutsche Bank in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[4]  A copy all written communications (or memoranda of non-written communications) between CFTC and COMEX in connection with all employees described in [3], above, including a complete transcript and all summaries of the questions posed by CFTC to the employees and a complete transcript and all summaries of the responses by the employees, plus all documents they provided to CTFC in connection with their interviews or investigation and all agreements they signed or entered into in connection with the information they provided to CFTC.

[5]  A copy of all written communications (or memoranda of non-written communications) between Deutsche Bank and COMEX in connection with the matters described in [3] – [4], above, inclusive.

[6]  Any and all complaints, disclosures, allegations or reports of suspicious activity received by CFTC regarding Deutsche Bank of which COMEX is aware in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[7]  Any and all complaints, disclosures, allegations or reports of suspicious activity alleged against Deutsche Bank received by COMEX in connection with silver price (or silver derivatives) price manipulation during the period from July 21, 2010, to September 13, 2013.

[8]  A copy of all written communications (or memoranda of non-written communications) between Deutsche Bank and COMEX in connection with the matters described in [3] – [7], above, inclusive.

[9]  A copy of all written communications (or memoranda of non-written communications) between DZ Bank and COMEX in connection with the matters described in [3] – [7], above, inclusive.