# EXHIBIT B

**Requested Interrogatories**

**Interrogatories:  Exhibit B**

*[B-1]   Interrogatories from Petitioner Pfaff to Respondent Deutsche Bank.*

[1]   Names and addresses of the Deutsche Bank supervisors of James Vorley during the period January 1, 2012 to April 30, 2013.

[2]   Names and addresses of the Deutsche Bank supervisors of Cedric Chanu during the period January 1, 2012 to April 30, 2013.

[3]   Names and addresses of the Deutsche Bank supervisors of David Liew during the period January 1, 2012 to February 29, 2012.

[4]   Names and addresses of the Deutsche Bank employees being trained in spoofing by James Vorley during the period January 1, 2012 to April 30, 2013.

[5]   Names and addresses of the Deutsche Bank employees being trained in spoofing by Cedric Chanu during the period January 1, 2012 to April 30, 2013.

[6]   What were James Vorley's and Cedric Chanu's responsibilities and standards of ethical trading behavior under their employment contract, employment agreement or employment arrangement with Deutsche Bank?

[7]   Did they work only under the terms of the said contract or did they perform any other duties, during the time period from January 1, 2012, to April 30, 2013?

[8]   Who was/were James Vorley's and Cedric Chanu's supervisor(s) at Deutsche Bank during the time period January 1, 2012, to April 30, 2013?

[9]   Why and when was James Vorley's employment with Deutsche Bank terminated?

[10]   Why and when was Cedric Chanu's employment with Deutsche Bank terminated?

[11]   How much time elapsed between the discovery of market manipulation in the silver and silver derivatives business and the dismissal of James Vorley?

[12]   How much time elapsed between the discovery of market manipulation in the silver and silver derivatives business and the dismissal of Cedric Chanu?

[13]   Name and state the current addresses of any other silver and silver derivatives traders working at or for Deutsche Bank who were involved in silver market manipulations, with traders from any other bank, during the time period January 1, 2012, to April 30, 2013.

[14]   Who were Deutsche Bank's traders for silver and silver derivatives during the time period January 1, 2012, to April 30, 2013, in which office(s) were they stationed during that time, and what are their current addresses?

[15]   To what extent did Deutsche Bank trade, buy, sell or take market positions in or with respect to silver and silver derivatives during the time period January 1, 2012, to April 30, 2013, for the bank's proprietary account and on behalf of clients?

[16]   What was Deutsche Bank's share of trading in silver and silver derivatives on COMEX, LBMA (London Bullion Market Association), OTC (Over the Counter) and LME (London Metal Exchange) during the time period January 1, 2012, to April 30, 2013?

[17]   Did Deutsche Bank have a short position in bank proprietary trading in silver and/or silver derivatives during the time period January 1, 2012, to April 30, 2013? If so, on which dates?

[18]   Did Deutsche Bank have a net short position in silver and silver derivatives, respectively, in the time period January 1, 2012, to April 30, 2013?   If so, on which dates and what was the size of the net short position?

[19]   How large was Deutsche Bank's short position in silver between January 1, 2012, to April 30, 2013?

[20]   Did Deutsche Bank have an overview of the open futures in silver in the period from January 1, 2012, to December 31, 2013, on a daily basis, broken down into (i) silver vs. silver derivatives, and (ii) proprietary vs client positions?

[21]   What did Mr. Michael Cohrs, Mr. Naveen Kumar and Mr. Richard Gnodde have to do at any time with Deutsche Bank's trading in silver and silver derivatives?

[22]   What was discussed or agreed at the meeting of those three people in August 2010 at the Ritz Carlton Hotel, 50 Central Park South, New York, as relates to market activities and manipulations, in respect of precious metals, including silver and silver derivatives?

[23]   Who was invited to and attended this meeting?

[24]   What agreements or arrangements did Deutsche Bank enter into (or were already in place) with HSBC Bank USA, Bank of Nova Scotia, UBS and JPMorgan regarding trading in silver and silver derivatives in the time period from January 1, 2012, to December 31, 2013?

### *[B-2]   Interrogatories from Petitioner Pfaff to Respondent DZ Bank.*

Under which code or set of market regulations did DZ Bank trade silver or silver derivatives, at any time from January 2012 to the present?