**MEMO ENDORSED**

# MUSKIN
LAW OFFICES

767 THIRD AVENUE – 24ᵀᴴ FLOOR
NEW YORK, NY 10017

TELEPHONE: (212) 688-3200
FACSIMILE: (212) 859-7362
CELL: (917) 301-6950
victor@muskinlaw.com

VICTOR P. MUSKIN

February 11, 2020

Hon. Katherine Polk Failla, USDJ
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2103
New York, NY 10007

> Re: Pfaff v. Deutsche Bank AG et al
> Docket No. 20-mc-25 KPF
> Stipulation and Letter Motion

Dear Judge Failla:

This office represents Petitioner Christof Pfaff in this proceeding under 28 U.S.C. §1782 for an order directing Respondents to provide certain discovery information for use in a legal proceeding in Germany.

We are pleased to advise the Court that we have reached an agreement and stipulation to resolve this matter with respect to the information sought from Respondent Commodity Exchange, Inc., aka COMEX (see Petition, Dkt. 1, Exhibit A-3). The stipulation has been uploaded to the ECF system as Docket No. 24. Petitioner and Comex respectfully request that the stipulation be so ordered.

As you will note in Paragraph 1 of the stipulation, while Comex has agreed to produce certain information requested in Items 1 of Petition Exhibit A-3, it has advised that in order to do so, it requires that we provide it with Respondent Deutsche Bank AG's account numbers at Comex. Petitioner does not have that information. We therefore request, by this letter motion, that Petitioner's proposed Interrogatories Respondent Deutsche Bank AG (Petition, Exhibit B-1) be expanded to include an additional Interrogatory 25, as follows:

[25] All account numbers of Deutsche Bank AG with respect to its account or accounts at Commodity Exchange, Inc. (aka COMEX) for the period from May 9, 2011 through and including April 6, 2013.

Respectfully submitted,

*Victor P. Muskin*

Victor P. Muskin

Copies to all counsel (via ECF system)

```
The Court is pleased to hear that Petitioner and Respondent COMEX
have reached a resolution of this matter.  With respect to
Petitioner's Proposed Interrogatory 25, Petitioner should refile
Exhibit B to his Petition as so amended. The Clerk of Court is
directed to terminate the motion at docket entry 25.
```

Dated: February 12, 2020
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE