UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOF PFAFF,<br><br>      Petitioner,<br><br>    -v.-<br><br>DEUTSCHE BANK AG, DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, and COMMODITY EXCHANGE INC.,<br><br>      Respondents. | 20 Misc. 25 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On February 14, 2020, Respondents Deutsche Bank AG and DZ Bank AG Deutsche Zentral-Genossenschaftsbank filed oppositions to Petitioner's supplemental petition for discovery under 28 U.S.C. § 1782. (See Dkt. #30-32, 34-36). Petitioner's reply, if any, shall be submitted on or before **March 4, 2020**.

  SO ORDERED.

Dated: February 18, 2020
     New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge